UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK A. BUZA,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, Et Al.,<br><br>         Defendants. | Case No: C 10-2404 SBA<br><br>**ORDER DISMISSING ACTION** |

On June 1, 2010, Plaintiff Mark A. Buza filed a pro se civil rights action against the "San Francisco Sheriff's Department," pursuant to 42 U.S.C. § 1983. In an entirely vague and conclusory manner, Plaintiff alleged that Defendant violated his civil rights. Plaintiff failed to allege any facts regarding where and when the underlying incident occurred, what transpired, or who was involved.

On June 7, 2010, the Court dismissed the Complaint with leave to amend. The Court provided Plaintiff with specific guidance on how to correct the deficiencies in his Complaint, and gave him until June 28, 2010 to file his amended complaint. The Court warned Plaintiff that the failure to timely amend his complaint would result in the dismissal of the action, with prejudice. See Fed.R.Civ.P. 41(b) (authorizing dismissal of action for failure to prosecute). Despite that warning, Plaintiff failed to file an amended complaint. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED WITH PREJUDICE. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: July 1, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BUZA et al,

       Plaintiff,

  v.

SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT et al,

       Defendant.

                                             /

Case Number: CV10-02404 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark S Buza
1060 Howard Street
San Francisco, CA 94103

Dated: July 2, 2010

                                         Richard W. Wieking, Clerk

                                                By: LISA R CLARK, Deputy Clerk